DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHLEEN PIERRE BRYAN,**
Appellant,

v.

**RICARDO BRYAN,**
Appellee.

No. 4D2024-3319

[December 10, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren Alperstein, Judge; L.T. Case No. 22-008435 FMCE.

Jerry L. Rumph, Jr. and Olivia M. Brooks of Brooks Law, Tallahassee, for appellant.

Ricardo Bryan, North Lauderdale, pro se.

PER CURIAM.

Kathleen Pierre Bryan (the "former wife") appeals a final judgment of dissolution of marriage. We agree with the former wife that the final judgment does not contain required findings on all elements of section 61.13(2)(b), Florida Statutes (2024), such as specific timesharing terms and the methods the parents will use to communicate with the children, among others. Moreover, the parenting plan does not make jurisdictional findings required by section 61.046(14)(b), Florida Statutes (2024). Accordingly, we reverse and remand for the trial court to include the required findings of these sections in the final judgment.

We affirm with respect to the former wife's remaining arguments without further discussion.

*Affirmed in part, reversed in part, and remanded.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*